

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Mary Rust v. Bank of America, N.A.

Appellate case number:   01-15-00373-CV

Trial court case number:  C-1-CV-14-010108

Trial court:             County Court at Law No. 1 of Travis County

     Appellant Mary Rust's motion for reconsideration is **denied**.

Justice's signature:  /s/ Michael Massengale
                    Acting for the Court

Panel consists of: Chief Justice Radack and Justices Massengale and Brown

Date: July 21, 2016